Lorenzo Fetz, Respondent, *vs.* C. S. Clark & Co., Appellants.

APPEAL FROM THE DISTRICT COURT OF CHISAGO COUNTY.

*By the Court*—Emmett, C. J.—This action depends upon the same questions of law and fact as were presented in the case of *Joseph Fetz vs. C. S. Clark & Co.*, 7 *Minn.*, *p.* 217, decided at this term, and must be decided in the same way.

The judgment below is reversed, and the case remanded for a new trial.